# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARCHIE CRANFORD,

                Plaintiff,

         v.

JENNIFER LONG, et al.,

                Defendants.

Case No. CV 06-2847-TJH (JTL)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56 is granted; and (2) judgment shall be entered dismissing this action with prejudice.

DATED: October 3, 2008

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE