# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>       Plaintiff,<br><br>  v.<br><br>JENNIFER LONG, et al.,<br><br>       Defendants. | Case No. CV 06-2847-TJH (JTL)<br><br>**J U D G M E N T** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 3, 2008

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

2